UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linder Farm Network, Inc.,
Lynn Ketelsen and Jeff Stewart

Civil File No. 00-20

Plaintiffs,

vs.

Employers Mutual Casualty Company

Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendant through their respective counsel that Plaintiffs' claims against Defendant in the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby are dismissed without prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal without prejudice to be entered herein.

BLETHEN, GAGE & KRAUSE, PLLP

By: ____________________
James H. Turk #111338
Julia Ketcham Corbett #247728
Counsel for Plaintiffs
127 South Second Street
P. O. Box 3049
Mankato, MN 56002-3049
(507) 345-1166

GISLASON & HUNTER LLP

By ____________________
Timothy P. Tobin #127887
Attorneys for Defendant
P.O. Box 5297
Minnetonka, MN 55343-2297
(612) 933-9900

FILED 4-3-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. 4-3-00
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiffs' claims against Defendant in the above-entitled action, including all crossclaims, counterclaims and third-party claims, are hereby dismissed without prejudice and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: April 3, 2000

BY THE COURT:

Judge of United States District Court

MPLIB:11984.1